Opinion issued May 12, 2011.



 

 

 

 

In The

Court
of Appeals

For The

First
District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO.  01-09-00756-CV




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



HENNESSEY
MOTORSPORTS, INC. 

AND
JOHN HENNESSEY, Appellants

 

V.

 

JOHN
JUNKERS, 

Appellee

 

 



On
Appeal from the 125th District Court

Harris
County, Texas

Trial
Court Cause No. 2002-47425

 

 



MEMORANDUM
OPINION

 

We informed the parties that if they failed to respond to our
April 27, 2011 order by May 4, 2011, we would presume they have abandoned the
appeal and dismiss it for lack of prosecution. 
Neither party responded to the order. 
We therefore dismiss this appeal for lack of prosecution.  All pending motions are dismissed as moot.

                                                PER CURIAM 

 

Panel consists of Justices Jennings, Bland, and Massengale.